# Mary B. Grossman

### Chapter 13 Trustee
### United States Bankruptcy Court
### Eastern District Of Wisconsin

Telephone (414) 271-3943
Fax (414) 271-9344
info@chapter13milwaukee.com

740 N. Plankinton Avenue
Suite 400
Milwaukee, Wisconsin 53203

August 21, 2009

Clerk of US Bankruptcy Court
126 U S Courthouse
517 E. Wisconsin Ave.
Milwaukee, WI 53202

RE:  DBTR: DONALD FRED NEUBERT
      CASE NO: 04-35451-MDM

Dear Clerk of US Bankruptcy Court:

Enclosed please find check # 1056927 which replaces check # 1055372 (copy attached) in the above case.
Please deposit these funds as unclaimed funds, as they were returned by the United States Postal Service.

Thank You.

OFFICE OF CHAPTER 13 TRUSTEE

cc:  file

RECEIVED - MAIL
2009 AUG 24  AM 11: 29
US BANKRUPTCY COURT
EASTERN DISTRICT OF WI

**Mary B. Grossman**
**Chapter 13 Trustee**
740 Plankinton Ave
Suite 400
Milwaukee, WI 53203
(414) 271-3943

July 30, 2009

64-79
511

SunTrust Bank

No. 1055372

PAY** Five Hundred Forty Four Dollars and 39 Cents*********************************************
TO THE ORDER OF

AMOUNT ***************$544.39 ***

00069220
NCO FINANCIAL SYSTEMS
P.O. BOX 41567
PHILADELPHIA, PA 19101

VOID AFTER October 28, 2009

Positive Pay Account

⑆1055372⑆ ⑈061100790⑈ 000000575177⑆

Mary B. Grossman, Chapter 13 Trustee

Check No. 1055372

Pay to: 00069220 NCO FINANCIAL SYSTEMS

Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|---|
| 04-35451-MDM | 026-0 | DONALD FRED NEUBERT | 5490990635001199 | S11576 | 596.23 | 544.39 | 0.00 | 544.39 |

Mary B. Grossman, Chapter 13 Trustee                    Check No. 1056927
Pay to: 00000965  CLERK OF US BANKRUPTCY COURT
    Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|---|
| 04-35451-MDM | 026-0 | DONALD FRED NEUBERT | 5490990635001199 | S11576 | 596.23 | 544.39 | 0.00 | 544.39 |